# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE PREMISES KNOWN AS<br>5919 Chinquapin Parkway, B/2nd Floor,<br>Baltimore, MD | )<br>)<br>)  Case No.  **13-0826 TJS**<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location):*
5919 Chinquapin Parkway, B/2nd Floor, Baltimore, MD

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
evidence of violations of 18 USC 1962(d)(Racketeering Conspiracy); and 18 USC 1959(h)(Money Laundering Conspiracy); and 21 USC 846 (Conspiracy to Distribute and Possess with Intent to Distribute Drugs) as described in Attachment A to Affidavit of FBI Special Agent Sarah Lewis

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 2, 2013_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                                              ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __April 18, 2013 6:00pm__         _____
                                                                                          *Judge's signature*

City and state: __Baltimore, Maryland__                  Magistrate Judge Timothy J. Sullivan
                                                                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 4/23/13 6:00 am | Copy of warrant and inventory left with: Katera Stevenson |
| Inventory made in the presence of: Katera Stevenson ||| 
| Inventory of the property taken and name of any person(s) seized: ||| 

See attached FD-597

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/30/13

Executing officer's signature

Sarah Lewis, special agent
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2450-BA 113089

On (date) April 23, 2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Katera Stevenson
(Street Address) 5919 Chinquapin Pkwy, B/2nd Fl
(City) Baltimore MD

Description of Item(s): Miscellaneous papers with phone numbers and names; two (2) debit cards Visa-up/ Mastercard Magic; miscellaneous mail and handwritten notes; Apple iPhone (white) model A1349 FCC ID BCG E2422B

Received By: _Katera Stevenson_ (Signature)  Received From: _[signature]_ (Signature)